DIANNE NYLAND, Respondent, v. ERIC NYLAND, Appellant, et al., Defendant.—

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and Kupferman, JJ.

RUSS TOGS, INC., et al., Appellants, v. FIDELITY-PHENIX INSURANCE COMPANY, Respondent.—

Concur — Stevens, P. J., Capozzoli, McGivern, Nunez and McNally, JJ.